Thomas D. Sands, Esq.  SBN 279020
THE SANDS LAW GROUP, APLC
205 Broadway, #903
Los Angeles, CA 90012
Phone (213)788-4412| Fax (888)623-8382
info@thesandslawgroup.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL JURISDICTION

| | |
|---|---|
| CHRISTAAN HALL AND GAIL SIBLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ZEEBA COMPANY, INC. DBA ZEEBA VANS & DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: **4-2019-CV-02037-KAW**<br><br>**(PROPOSED) ORDER GRANTING TELEPHONIC APPEARANCE** |

    Defendant's motion to appear telephonically at the Case Management hearing scheduled for October 25, 2019 at 10:00am is GRANTED.

    Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders.  This includes personally arranging the telephonic appearance with Court Call- a paid, private service- in advance of the hearing date.

    **IT IS SO ORDERED**

Dated:  10/18/2019

ZEEBA COMPANY, INC DBA ZEEBA VANS ET AL.

Kandis A. Westmore
United States Magistrate Judge

ZEEBA COMPANY, INC DBA ZEEBA VANS ET AL.