UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAAN HALL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZEEBA COMPANY, INC.,<br><br>    Defendant. | Case No. 4:19-cv-02037-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 54 |

On February 12, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the February 18, 2020 case management conference is continued to May 5, 2020 at 1:30 p.m. The joint case management statement is due on or before April 28, 2020.

IT IS SO ORDERED.

Dated: February 13, 2020

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge