UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAAN HALL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZEEBA COMPANY, INC.,<br><br>　　　　Defendant. | Case No.  4:19-cv-02037-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 72 |

On December 15, 2020, the Court held a case management conference, where Defendant did not appear when its case was called.

Accordingly, counsel for Defendant is ORDERED TO SHOW CAUSE, in writing, by no later than December 31, 2020, why it should not pay monetary sanctions in the amount of $250.00 for failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: December 17, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge