UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAAN HALL, et al., <br> Plaintiffs, <br> v. <br> ZEEBA COMPANY, INC., <br> Defendant. | Case No. 4:19-cv-02037-KAW <br> ORDER TO SHOW CAUSE <br> Re: Dkt. No. 70 |

On December 16, 2020, Plaintiff filed a motion to enforce the settlement agreement, impose sanctions, and award attorneys' fees. Pursuant to Civil Local Rule 7-3(a), Defendant's opposition was due 14 days after the motion was filed, which was December 30, 2020.

To date, Defendant has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Defendant is ordered, on or before **January 15, 2021**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Plaintiff may file a reply on or before **January 22, 2021**.

The failure to timely file both an opposition and a response to this order to show cause may result in the granting of the motion in full.

IT IS SO ORDERED.

Dated: January 8, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge